## STATEMENT OF FACTS

On Thursday, October 13, 2005, at about 1600 hours, sworn officers of the Metropolitan Police Department saw defendant Daniel driving a car with a missing side mirror. A traffic stop was made in front of 2406 Martin Luther King Avenue, S.E., Washington, D.C. Officers approached the car and smelled an odor that they recognized as marijuana. When defendant Williams was asked to step out of the car, he began dialing a cell phone. When officers asked the defendant whom he was calling and why, the defendant responded that he was "dirty, and had a hammer and drugs". A pat down of defendant revealed a loaded 40 caliber handgun in his front pants waistband. Recovered from the car front passenger floor were two black plastic bags, one contained four sandwich bags containing green weed like substance, and the other contained two sandwich bags with green weed substance. A portion of the green weed field tested positive for THC.

To the best of this officer's knowledge, the gun was not made in the District of Columbia, nor were the bullets with which it was loaded. Before filing this criminal complaint, I looked at a computerised print-out of defendant's criminal record. It showed that defendant previously has been convicted at least once of a crime punishable by imprisonment for a term exceeding one year. I initialled a copy of the print-out that showed this conviction so that I could recognize and remember it again if needed.

_____
Ryan Roe
SEVEN DISTRICT, Metropolitan Police Department

Sworn and subscribed before me on this _____ day of October, 2005.

`                              _____
                              U.S. Magistrate Judge